**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 242 EAL 2021
                       : 
           Respondent      : 
                       :    Petition for Allowance of Appeal
                       :    from the Order of the Superior Court
          v.                 : 
                       : 
                       : 
ERNESTO FONTANEZ,            : 
                       : 
           Petitioner       : 

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.